UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TYRONE CRUMP** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-0416** |
| **BURL CAIN, WARDEN LOUISIANA STATE PENITENTIARY** | **SECTION "E"(2)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that Tyrone Crump's request for a stay of these proceedings is **DENIED**.

**IT IS FURTHER ORDERED** that Crump's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

**New Orleans, Louisiana, this __20th__ day of _____August_____, 2014.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**